**IT IS ORDERED**

**Date Entered on Docket: May 13, 2019**

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**



_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In Re
**DANIEL SELGA,**
      Debtor.                                                 **Case No. 18-11789-t7**

### ORDER GRANTING MOTION TO COMPEL TRUSTEE'S ABANDONMENT OF REAL PROPERTY LOCATED AT 2202 SANTO DOMINGO AVE. LAS CRUCES, NM 88011 PURSUANT TO 11 U.S.C. §554

This matter came before the Court on the Debtor's Motion to Compel Trustee's Abandonment of Property Pursuant to 11 U.S.C. §554 filed April 17, 2019 (the "Motion") in which Debtor, Daniel Selga ("Debtor"), sought to compel the abandonment of property awarded to his ex-wife in the Final Decree of Dissolution of Marriage listed in his bankruptcy Schedule A and located at 2202 Santo Domingo Ave. Las Cruces, NM 88011.  Having considered the Motion and the record, and the requirements set forth in the Bankruptcy Code and Bankruptcy Rules, and being sufficiently advised;

The Court FINDS: (a) that on April 17, 2019, Debtor filed the Motion (docket #23); (b) on April 17, 2019, notice of the objection period along with the Motion was served ("Notice" docket #24) on all creditors and other parties in interest as shown on the

1

mailing list provided to the Court by the Debtor, specifying that objections were to be filed no later than fourteen days (plus three days mailing) from the date of the Notice; (c) the Notice was appropriate in the particular circumstances; (d) the objection deadline of May 6, 2019 has expired and no objections to the Motion were filed; (e) the Motion is well taken and will be granted.

        THE COURT THEREFORE ORDERS, pursuant to 11 U.S.C. §554(b), that the Debtor shall submit an Order Abandoning the property described in Schedule A of his bankruptcy schedules and statements and located at 2202 Santo Domingo Ave. Las Cruces, NM 88011 based on the terms and conditions of such abandonment as set forth in the Motion.

***END OF ORDER***

        Respectfully Submitted,

*S/electronically Submitted 5.7.19*
R. "Trey" Arvizu, III
Attorney for Debtor
P.O. Box 1479
Las Cruces, NM  88004
(575)527-8600
(575)527-1199 (fax)
trey@arvizulaw.com

Copy to:

Clarke C. Coll
Chapter 7 Trustee
P.O. Box 2288
Roswell, NM 88202-2288
clarkecoll@gmail.com